IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| JAMES L. ROBINSON, #121865, ) | |
| ) | |
| Petitioner, ) | |
| v. ) | CASE NO. 1:11-cv-841-TMH |
| ) | WO |
| ANDY HUGHES, *et al.*, ) | |
| ) | |
| Respondents. ) | |

# **O R D E R**

After an independent review of the file, it is the ORDER, JUDGMENT and DECREE of the court that:

1. The petitioner's objection (Doc. #20) to the Recommendation of the Magistrate Judge filed on January 23, 2012 is overruled;

2. The Recommendation of the Magistrate Judge (Doc. #19) filed on January 5, 2012 and is adopted;

3. That the petition for habeas corpus relief filed by Robinson is DISMISSED without prejudice to afford Robinson an opportunity to exhaust all available state court remedies.

DONE this the 27th day of January, 2012.

                        /s/ Truman M. Hobbs
              SENIOR UNITED STATES DISTRICT JUDGE