IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| JAMES L. ROBINSON, #121865, | ) |
| | ) |
|     Petitioner, | ) |
| v. | )  CASE NO. 1:11-cv-841-TMH |
| | )            WO |
| ANDY HUGHES, *et al.*, | ) |
| | ) |
|     Respondents. | ) |

# **FINAL JUDGMENT**

Upon consideration of the prior proceedings, opinions and orders entered in this case, it is

ORDERED and ADJUDGED that judgment is entered in favor of the respondents and against the petitioner and that this action is dismissed without prejudice.

The clerk of the court is directed to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE this the 27th day of January, 2012.

                                              /s/ Truman M. Hobbs
                                        SENIOR UNITED STATES DISTRICT JUDGE